IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KEITH R. MAYES, SR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 1:09CV-0047 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| UNITED STATES MARSHALS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 11) that this action be dismissed for Plaintiffs' failure to obtain service of process on the Defendants. (Docket Entry No. 6). To date, Plaintiffs have not objected to the Report and Recommendation.

After de novo review, the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 11) and this action is **DISMISSED without prejudice** for Plaintiffs' failure to prosecute

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of July, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge